UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Natural Vitality, LLC

Debtor(s)

CASE NO. 23-30983
CHAPTER 11

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Steven B. Nosek**
**2812 Anthony Lane South, Suite 200**
**St. Anthony, MN    55418**
**snosek@noseklawfirm.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: May 22, 2023

Mary R. Jensen
Acting United States Trustee
Region 12

By: **/s/ Robert B. Raschke**
Assistant United States Trustee

IN RE:  Natural Vitality, LLC                                     CASE NO.  23-30983

Debtor(s)                                                                    CHAPTER 11

# VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. §330, I anticipate seeking compensation for my service in this case at an hourly rate of $300.00 per hour, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated:  May 22, 2023.                           */e/ Steven B. Nosek*
                                                                Steven B. Nosek, Trustee
                                                                Attorney #79960
                                                                2812 Anthony Lane S., #200
                                                                St. Anthony, MN 55418
                                                                (612) 335-9171
                                                                snosek@noseklawfirm.com

1